U.S. District Court
District of Columbia

**FILED**

SEP 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Anthony Boyd, #42603-054
USP-Pollack
POB 2099
Pollack, LA 71467
    Plaintiff,

v.

Harley Lappin, National Director,
Bureau of Prisons Central Office;
Ronald G. Thompson, Regional Director,
South Central Regional Office;
C. Bickle, Disciplinary Hearing
Officer, F.C.I. Three Rivers, Texas.
    Defendants.

CASE NUMBER   1:06CV01596

JUDGE: Unassigned

DECK TYPE: Pro se General Civil

DATE STAMP: 09/14/2006

**CASE RE-ASSIGNED**

NOV - 3 2006

TO: ELLEN SEGAL HUVELLE, J. ESH

RECEIVED AUG 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bivens Action Complaint for Deprivation of Constitutional Rights Pursuant to Title 28 U.S.C. 1331, and Title 28 U.S.C. 1343(a).

## STATEMENT OF CLAIM

Plaintiff Anthony Boyd, pro se, submits this Bivens Action pursuant to <u>Bivens v. Six Unknown Agents</u>, 403 US 388, 29 L. Ed 2d 619, 91 S. Ct. 1999 (1971). On February 16, 2005, I was acquitted at trial by a Federal jury of Assault on staff at the U.S. District Court in Victoria, Texas. However, prior to trial Disciplinary Hearing Officer C. Bickle gratuitously found me guilty of Assault (Code 224).

1

I commenced my Administrative Remedies requesting that all Good Conduct Time, vested and non-vested be restored. The South Central Regional Office and the Federal Bureau of Prisons Central Office both upheld D.H.O. Bickle's sanctions. The Rights guaranteed to me by the Due Process Clause of the Fifth Amendment were violated.

## List of Parties

| Harley Lappin | Ronald G. Thompson | C. Bickle, D.H.O. |
|---|---|---|
| National Director, B.O.P. | S. Central Regional Director | F.C.I. Three Rivers |
| 320 First Street, N.W. | 4211 Cedar Springs rd., suite 300 | P.O. Box 4000 |
| Washington, D.C. 20534 | Dallas, Texas 75219 | Three Rivers, TX 78071 |

## DEMAND

Plaintiff Anthony Boyd requests for all good conduct time to be restored and $1,000,000.00 from Harley Lappin, $1,000,000.00 from Ronald G. Thompson and $100,000.00 from D.H.O. C. Bickle. Plaintiff is entitled to redress for deprivation of liberty and mental suffering. I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2006

*Anthony Boyd*
Anthony Boyd, pro se
#42603-054
U.S.P. Pollock
P.O. Box 2099
Pollock, LA 71467