# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANTHONY BOYD | ) | |
| R# 42603-054 | ) | |
| Pollak USP | ) | |
| POB 2099 | ) | |
| Pollack, LA 71467 | ) | Civil Action No. 06-1596 (ESH) |
| | ) | Electronic Case Filing |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HARLEY LAPPIN, National Director, | ) | |
| Bureau of Prisons Central Offices, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Special Assistant United States Attorney **Quan  K. Luong** as counsel for the defendants in the above-captioned case.

Respectfully submitted,

QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. – Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___11th___ day of **January**, 2007, a true and correct copy

of the foregoing **Entry of Appearance** was served  by first class United States mail, postage

prepaid marked for delivery to:

Anthony Boyd
R# 42603-054
Pollak USP
POB 2099
Pollack, LA 71467

QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150