U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of ~~Columbia~~ _____

TO:
Ronald G. Thomson
South Central Regional Director
4211 Cedar Springs Road
Ste. 300
Dallas, TX 75219

Civil Action, File Number __06-1596 ESH__

Anthony Boyd
_____
V.

Harley Lappin, et al
_____

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

_12/11/06_    _____
Date of Signature            Signature (USMS Official)

06-1596  FRJ  12-12-06

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Ronald G. Thomson
S. Central Reg'l. Director
4211 Cedar Spgs Rd.
Dallas, TX 75219

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Teresa A. _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery    12/11/__

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):  7004 1160 0004 4136 8496

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Form USM-299 (Rev. 6/95)

Date of Signature

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
C. Bickle, Disciplinary
F.C.I. - Three Rivers
POB 4000
Three Rivers, TX 78071

Civil Action, File Number __06-1596 ESH__

__Anthony Boyd__
V.
__Harley Lappin, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

____ days, you (or the party on whose behalf you [are being served]) [com]plaint in any other manner permitted by law.

06-1596    2RT    12-12-06

behalf you are being served) must answer the [complai]nt by default will be taken against you for the

[recei]pt of Summons and Complaint By Mail was

_____
(MS Official)

COMPLAINT

[com]plaint in the above captioned manner at

and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
C. Bickle, Disciplinary
F.C.I. - Three Rivers
POB 4000
Three Rivers, TX

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery  12-14-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0004 4136 8489

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540