UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOYD,<br><br>          Plaintiff<br><br>          v.<br><br>HARLEY LAPPIN, et al.<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1596 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ___ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before March 12, 2007.

_____
UNITED STATES DISTRICT JUDGE