Anthony Boyd
#42603-054
U.S.P. Lee County
P.O. Box 305
Jonesville, VA 24263-0305

Clerk,
U.S. District Court
for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

**RECEIVED**

FEB 20 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Change of Address - Docket #06-1596 (ESH)

Please be advised that my new address is printed above. I arrived here February 06, 2007.

Respectfully,

Anthony Boyd
Anthony Boyd.

Dated: February 08, 2007.

cc: File