UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOYD, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. 06-1596 (ESH) ) |
| HARLEY LAPPIN, et al. | ) ) |
| Defendants. | ) ) |

## ORDER

Upon consideration of Defendants' Motion to Dismiss, the relevant law, and the entire record herein, it is this _____ day of _____, 2007

ORDERED that Defendants' Motion to Dismiss is GRANTED, and it is further

Further ORDERED that this case is DISMISSED WITH PREJUDICE.

This is a final appealable order.

SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE