UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY BOYD,<br><br>          Plaintiff,<br><br>v.<br><br>HARLEY LAPPIN, *et al.*,<br><br>          Defendants. | Civil Action No. 06-1596 (ESH) |

## ORDER

Defendants have filed a motion to dismiss the complaint pursuant to Rules 12(b)(1), (2), (3), (5) and (6) of the Federal Rules of Civil Procedure. Defendants have moved, in the alternative, to transfer venue to an appropriate court pursuant to 28 U.S.C. § 1404(a). Plaintiff is proceeding *pro* se in this case. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the defendants' motion to dismiss or, in the alternative, to transfer venue no later than April 8, 2007. If plaintiff neither responds nor moves for an extension of time by the due date, the Court may treat the motion as conceded and dismiss plaintiff's complaint.

**SO ORDERED**.

                                              /s/
                              ELLEN SEGAL HUVELLE
                              United States District Judge

DATE: March 8, 2007