UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOYD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-01596 (ESH) |
| HARLEY LAPPIN, Director, Bureau of Prisons, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, defendants' motion to dismiss [Dkt. 11] is **GRANTED**, and this case is **DISMISSED** without prejudice. This is a final appealable order.

                                     s/
                               ELLEN SEGAL HUVELLE
                               United States District Judge

Date: April 18, 2007