Anthony Boyd
#42603-054
U.S.P. Lee County
P.O. Box 305
Jonesville, VA 24263-0305

April 23, 2007

Clerk,
U.S. District Court
District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

**RECEIVED**
APR 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Notice of Appeal-Boyd v. Lappin Civil Action No. 06-1596 (ESH).

I, Anthony Boyd, hereby file this Notice of Appeal from Judge Huvelle's Order dated April 18, 2007 dismissing my Bivens Action. I certify under the penalties of perjury that the foregoing is true and correct.

Respectfully,
Anthony Boyd
Anthony Boyd

cc: File.