# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Received
Mail Room

MAY 2 1 2007

United States Court of Appeals
District of Columbia

_Anthony Boyd_                    USCA No. _07-5133_

v.

_Harley G. Lappin, et al._        USDC No. _06-1596_

**ORIGINAL**

**MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS**

I, _Anthony Boyd_, declare that I am the
☑ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In
support of this motion to proceed on appeal without being required to prepay fees,
costs or give security therefor, I state that because of my poverty I am unable to prepay
the costs of said proceeding or to give security therefor. My affidavit or sworn
statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are
as follows: (*Provide a statement of the issues you will present to the court. You may
continue on the other side of this sheet if necessary.*)
_Whether irrefutable evidence and a federal jury's acquittal
for assault charges suffices to allow a Bivens action to proceed
against prison officals for due process violations in a earlier_
_— Other side —_

Signature _Anty Boyd_
Name of *Pro Se* Litigant (PRINT) _Anthony Boyd #42603-054_
Address _P.O. Box 305_
_Jonesville, VA 24263-0305_

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5423
333 Constitution Avenue, N.W.

[USCADC Form 53 (Jul 2006)]                    -2-

Continuation.

prison disciplinary hearing finding Plaintiff guilty for assault. Notwithstanding the lack of a habeas action which invalidates the dubious prison disciplinary proceedings and loss of good time credits.

Received,
Mail Room

MAY 21 2007

United States Court of Appeals
District of Columbia Circuit

Washington, DC 20001

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

__Anthony Boyd__     USCA No. __07-5133__

v.

__Hurley G. Lappin, et al.__     USDC No. __06-1596__

### AFFIDAVIT ACCOMPANYING MOTION FOR
### PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: __Anty Boyd__     Date: __May 16, 2007__

**My issues on appeal are:**

Whether irrefutable evidence and a federal jury's acquittal for assault charges suffices to allow a Bivens action to proceed against prison officials for due process violations in a earlier prison disciplinary hearing finding Plaintiff guilty for assault. Notwithstanding the lack of a habeas action which invalidates the dubios prison disciplinary proceedings and loss of good time credits.

[USCADC Form 53a (Rev. Jul 2006)]     Page 1

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ NA | $ 0 | $ NA |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): Family | $ 30.00 | $ | $ 30.00 | $ |
| Total monthly income: | $ 30.00 | $ | $ 30.00 | $ |

[USCADC Form 53a (Rev. Jul 2006)]    Page 2

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| U.S.P. Lee | Jonesville, VA | March 1-31, 2007 | $21.25 |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| 0 | | $ | $ |
| 0 | | $ | $ |
| 0 | | $ | $ |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)  0

Other real estate (Value)  0

Motor vehicle #1  0  (Value)
Make & year: _____
Model: _____
Registration #: _____

Motor vehicle #2  0  (Value)
Make & year: _____
Model: _____
Registration #: _____

Other Assets (Value)  0

Other Assets (Value)  0

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | 0 | 0 |
| | | |
| | | |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| | | | |
| | | | |
| | | | |
| | | | |

8. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Terrance Boyd | son | 16 |
| Sina Miller | daughter | 14 |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |

Are real-estate taxes included?  [ ] Yes  [✓] No
Is property insurance included?  [ ] Yes  [✓] No

|  | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |

[USCADC Form 53a (Rev. Jul 2006)]    Page 4

|  | You | Spouse |
|---|---|---|
| Food | $ 0 | $ N/A |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ |
| Homeowner's or renter's | $ 0 | $ |
| Life | $ 0 | $ |
| Health | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Other: _____ | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 0 | $ |
| Installment payments | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Credit card (name): _____ | $ 0 | $ |
| Department store (name): _____ | $ 0 | $ |
| Other: _____ | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): _____ | $ 0 | $ |
| Total monthly expenses: | $ 0 | $ |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

USCA NO. 07-5133

## Certificate of Service

I, Anthony declare under penalty of perjury pursuant to 28 U.S.C. 1746 that I served a copy of this motion for leave to proceed in forma pauperis by first class mail to;

> Quan K. Luong
> Special A.U.S.A.
> 555 Fourth St., N.W.
> Room E-4417
> Washington, D.C. 20530

on May 16, 2007.

Respectfully,

*Anthony Boyd*
Anthony Boyd

[USCADC Form 53a (Rev. Jul 2006)]

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?    [ ] Yes    [✓] No

If yes, describe on an attached sheet.

11. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?    [ ] Yes    [✓] No

If yes, how much? $ ———

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

12. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?    [ ] Yes    [✓] No

If yes, how much? $ 0

If yes, state the person's name, address, and telephone number:
_____
_____
_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.   I'm a indigent prisoner.

14. State the address of your legal residence.
            N/A
_____
_____

Your daytime phone number: (___) N/A
Your age: 37    Your years of schooling: GED
Your social-security number: 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

InmateStatementCombined                                                                                     Page 1 of 2

# Inmate Statement



| | |
|---|---|
| **Inmate Reg #:** | 42603054 |
| **Inmate Name:** | BOYD, ANTHONY |
| **Report Date:** | 05/16/2007 |
| **Report Time:** | 12:27:54 PM |
| **Current Institution:** | Lee USP |
| **Housing Unit:** | LEE-Z-A |
| **Living Quarters:** | Z03-121U |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEE | 5/10/2007 8:39:06 AM | 42 | | | Sales | ($5.96) | | $0.00 |
| LEE | 5/8/2007 9:12:24 AM | | 1888 | | Subscriptions | ($12.00) | | $5.96 |
| LEE | 5/4/2007 8:10:10 AM | 28 | | | Sales | ($10.05) | | $17.96 |
| LEE | 5/1/2007 12:10:46 AM | GLEED028 - 1274 | | | Debt Encumbrance - Released | | $14.00 | -------- |
| LEE | 5/1/2007 12:10:46 AM | GLEED029 - 1275 | | | Debt Encumbrance - Released | | $14.00 | -------- |
| LEE | 5/1/2007 12:10:46 AM | GPOLD006 - 1273 | | | Debt Encumbrance - Released | | $14.00 | -------- |
| LEE | 5/1/2007 12:10:46 AM | GPOLD006 - 1185 | | | Debt Encumbrance - Released | | $4.25 | -------- |
| LEE | 5/1/2007 12:10:46 AM | GLEED028 | 1836 | | PLRA Payment | ($14.00) | | $46.26 |
| LEE | 5/1/2007 12:10:46 AM | GLEED029 | 1835 | | PLRA Payment | ($14.00) | | $60.26 |
| LEE | 5/1/2007 12:10:46 AM | GPOLD006 | 1837 | | PLRA Payment | ($18.25) | | $28.01 |
| LEE | 4/30/2007 8:18:53 PM | 33315107 | | | Western Union | $70.00 | | $74.26 |
| LEE | 4/30/2007 8:18:53 PM | GLEED028 - 1274 | | | Debt Encumbrance | | ($14.00) | -------- |
| LEE | 4/30/2007 8:18:53 PM | GLEED029 - 1275 | | | Debt Encumbrance | | ($14.00) | -------- |
| LEE | 4/30/2007 8:18:53 PM | GPOLD006 - 1273 | | | Debt Encumbrance | | ($14.00) | -------- |
| LEE | 4/27/2007 8:54:15 AM | 53 | | | Sales | ($0.15) | | $4.26 |
| LEE | 4/20/2007 10:42:54 AM | | 1796 | | Subscriptions | ($6.00) | | $4.41 |
| LEE | 4/13/2007 8:56:53 AM | 39 | | | Sales | ($19.59) | | $10.41 |
| LEE | 4/9/2007 11:22:35 AM | 1691-V | | | Initial PLRA Pymt | $13.32 | | $30.00 |
| LEE | 4/9/2007 11:21:21 AM | GLEED027 | 1691 | | Initial PLRA Pymt | ($13.32) | | $16.68 |
| LEE | 4/9/2007 10:50:20 AM | GIPP0307 | | | Payroll - IPP | $21.25 | | $30.00 |
| LEE | 4/9/2007 10:50:20 AM | GPOLD006 - 1185 | | | Debt Encumbrance | | ($4.25) | -------- |
| LEE | 4/6/2007 9:33:18 AM | 78 | | | Sales | ($1.25) | | $8.75 |
| LEE | 4/1/2007 12:10:49 AM | GPOLD006 - 1046 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| LEE | 4/1/2007 12:10:49 AM | GPOLD006 | 1621 | | PLRA Payment | ($1.25) | | $10.00 |
| LEE | 3/22/2007 6:06:37 PM | 31 | | | Sales | ($38.85) | | $11.25 |
| LEE | 3/21/2007 12:08:20 PM | 33312307 | | | Western Union | $50.00 | | $50.10 |
| LEE | 3/21/2007 12:08:20 PM | GPOLD006 - 1046 | | | Debt Encumbrance | | ($10.00) | -------- |
| LEE | 3/8/2007 8:39:50 PM | 83 | | | Sales | ($7.90) | | $0.10 |
| LEE | 3/6/2007 9:25:01 AM | GICP0307 | | | Inmate Co-pay | ($2.00) | | $8.00 |
| LEE | 3/1/2007 12:10:57 AM | GPOLD006 - 771 | | | Debt Encumbrance - Released | | $16.00 | -------- |
| LEE | 3/1/2007 12:10:57 AM | GPOLD005 - 770 | | | Debt Encumbrance - Released | | $16.00 | -------- |
| LEE | 3/1/2007 12:10:57 AM | GPOLD006 - 848 | | | Debt Encumbrance - Released | | $15.00 | -------- |
| LEE | 3/1/2007 12:10:57 AM | GPOLD005 - 847 | | | Debt Encumbrance - Released | | $10.20 | -------- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LEE | 3/1/2007 12:10:57 AM | GPOLD006 | 1257 | PLRA Payment | ($21.11) | | $36.20 |
| LEE | 3/1/2007 12:10:57 AM | GPOLD005 | 1258 | PLRA Payment | ($26.20) | | $10.00 |
| LEE | 2/21/2007 11:34:34 AM | | 1212 | Subscriptions | ($5.00) | | $57.31 |
| LEE | 2/20/2007 6:42:32 PM | 39 | | Sales | ($44.75) | | $62.31 |
| LEE | 2/19/2007 11:09:10 AM | 33310107 | | Western Union | $75.00 | | $107.06 |
| LEE | 2/19/2007 11:09:10 AM | GPOLD005 - 847 | | Debt Encumbrance | | ($10.20) | -------- |
| LEE | 2/19/2007 11:09:10 AM | GPOLD006 - 848 | | Debt Encumbrance | | ($15.00) | -------- |
| LEE | 2/9/2007 8:56:25 AM | 23 | | Sales | ($56.47) | | $32.06 |
| LEE | 2/7/2007 3:22:43 AM | TX020707 | | Transfer - In from TRUFACS | $88.53 | | $88.53 |
| LEE | 2/7/2007 3:22:43 AM | GPOLD005 - 770 | | Debt Encumbrance | | ($16.00) | -------- |
| LEE | 2/7/2007 3:22:43 AM | GPOLD006 - 771 | | Debt Encumbrance | | ($16.00) | -------- |

1

**Total Transactions: 44**

**Totals:**   $0.00    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals:** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | $0.00 |