# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5133**          **September Term, 2007**

06cv01596

Filed On: January 25, 2008

[1094681]
Anthony Boyd,
       Appellant

v.

Harley G. Lappin, Director, et al.,
       Appellees

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: _____

BY: _____, Deputy Clerk

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

### ORDER

    By order filed December 18, 2007, directing appellant to file his answer to the order to show cause and his Prisoner Consent to Collection of Fees Form to this court, by January 17, 2008. The order was sent to appellant by warden letter. To date, appellant has not complied with the court's December 18, 2007 order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk